# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Jo Ann Wortham

aka    Jo Ann Reed

Debtor

Case No.  18–22289
Chapter  13

## NOTICE OF DEFICIENT CLAIM

**PLEASE TAKE NOTICE that a deficient claim has been submitted for filing in this case.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing which is available for viewing at www.tnwb.uscourts.gov.**

| **DEFICIENCIES REGARDING CLAIMS** |
| --- |
| ☐ The debtor's name and/or case number on the tendered proof of claim is either missing or does not match case information in CM/ECF. |
| ☐ The proof of claim is filed in an incorrect case. |
| ☐ The tendered claim does not reflect an amount. |
| ☐ The tendered claim has not been signed by the filing party. |
| ☐ The PDF of the tendered claim is either illegible or can not be opened for review. |
| ☐ Case closed on |
| ☑ NO PROOF OF CLAIM ATTACHED |

DATE OF ISSUANCE  
July 26, 2018

Kathleen A Ford  
Clerk of the Bankruptcy Court

By: Joe Jones

Deputy Clerk

**[ntcdef]** [Notification of Defective Claim 6 2003]